STATE OF CONNECTICUT *v.* ANNA LEE

The state of Connecticut's petition for certification for appeal from the Appellate Court, 30 Conn. App. 470 (AC 10905), is granted, limited to the following issue:

"Whether the Appellate Court correctly held that the trial court improperly precluded inquiry into the potential bias of the state's expert witness?"

The Supreme Court docket number is SC 14749.

*John A. East III,* deputy assistant state's attorney, in support of the petition.

Decided April 22, 1993

METRO BULLETINS CORPORATION *v.* LOUIS SOBOLESKI

The plaintiff's petition for certification for appeal from the Appellate Court, 30 Conn. App. 493 (AC 11047), is granted, limited to the following issue:

"In the circumstances of this case, did General Statutes § 35-1 give constructive notice to the plaintiff of the corporate principal's identity?"

The Supreme Court docket number is SC 14752.

*Steven G. Silverberg,* in support of the petition.

Decided April 22, 1993

STATE OF CONNECTICUT *v.* LARRY PLUDE

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 527 (AC 10931), is denied.

*James J. Ruane,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided April 22, 1993